UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RANDY BALBI,

                                Petitioner,

             -against-

UNITED STATES OF AMERICA,

                                Respondent.
-----------------------------------------------------------------X

**ORDER**
**07-CV-03103 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

      Pro se Petitioner Randy Balbi filed a habeas corpus petition pursuant to 28 U.S.C. § 2255 on February 23, 2007. (Docket Entry # 1.) The Government filed its response on November 16, 2007. (Docket Entry #13.) By letter dated November 26, 2007, Petitioner alerted the court that he had not received a copy of the Government's response. (Docket Entry #15.)

      In a Memorandum and Order dated November 30, 2007 ("M&O" (Docket Entry # 14)), the court directed the Clerk of Court to serve Petitioner with a second copy of the Government's response. The court noted that Petitioner "has made it evident in numerous letters to the court that he plans to reply" and granted him 60 days to do so. (Id.) According to an unnumbered entry in the docket, a copy of the response and the M&O were mailed to Petitioner on December 4, 2007. Petitioner has not made any subsequent submissions to the court.

      The court hereby grants Petitioner 30 days from the date of this order to advise the court whether he still intends to submit a reply. The Clerk of Court is further directed to serve a copy of this order and an updated docket sheet on the Petitioner.

SO ORDERED.

                                                        s/Hon. Nicholas G. Garaufis

Dated: Brooklyn, New York
May 20, 2010

                                                        NICHOLAS G. GARAUFIS
                                                        United States District Judge